IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr69 |
| | ) | |
| IMRAN ALAM | ) | |

## ORDER

The matter is before the Court on the government's motion to dismiss the indictment returned in this case against defendant Imran Alam (docket no. 425).

For good cause shown,

It is hereby **ORDERED** that the government's motion is **GRANTED**.

Accordingly, it is further **ORDERED** that the indictment in this matter is **DISMISSED** against defendant Imran Alam

The Clerk is directed to send a copy of this Order to the Probation Office and all counsel of record.

/s/
_____

May 28, 2008
Alexandria, VA

T. S. Ellis, III
United States District Judge

1